UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENLIGHT SYSTEMS, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ERIK BRECKENFELDER,<br><br>    Defendant. | Case No. 19-cv-06658-EMC<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket No. 88 |

Counter-Plaintiff Erik Breckenfelder has filed a discovery letter representing that Counter-Defendants Greenlight Systems, LLC and Orbital Holdings, Inc., and Andrew D.B. Rowen have failed to comply with this Court's latest order, which directed the production of discovery by August 23, 2020. *See* Docket Nos. 45, 47. Accordingly, this Court orders the Counter-Defendants to show cause as to why this Court should not enter default judgment pursuant to Federal Rule of Civil Procedure 55. Failure to file a response to this order by **September 2, 2020** will automatically result in an entry of default judgment.

    **IT IS SO ORDERED**.

Dated: August 31, 2020

_____
EDWARD M. CHEN
United States District Judge